FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

02 OCT 16 PM 3:50

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                              Case No. 6:00-cr-097-Orl-19JGG

JONNY ALEXANDER ARAQUE

## MOTION FOR REDUCTION IN SENTENCE

The United States, by and through the undersigned Assistant United States Attorney, and pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

> Defendant Araque obtained the cooperation of a relative who introduced a government informant to a drug trafficker. This trafficker then sent a courier to the informant, which resulted in the successful arrest and prosecution of Jose Sarria in Case No. 6:02-cr-24-Orl-31KRS. Over 400 grams of heroin were seized. Sarria was sentenced to 30 months in prison.

The defendant is not serving a sentence in another case. The defendant has not received any other sentence reductions. The defendant has no other charges pending. The defendant has no other sentence reduction motions pending.

Should the court grant this motion, the government recommends a three-level departure placing the defendant in a guideline range of 188 to 235 months.

SCANNED

284

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: *Bruce Hinshelwood*
Bruce Hinshelwood
Assistant United States Attorney
Florida Bar No. 232882
201 Federal Building
80 North Hughey Avenue
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished this 17th day of October, 2002, by U.S. Mail, to the following: Nester Castillo, Jr., Esquire, P.O. Box 273080, Tampa, Florida 33688-3080.

By: *Bruce Hinshelwood*
Bruce Hinshelwood
Assistant United States Attorney